UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brent Eugene Bailey,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>Warden,<br><br>　　　　　　　Respondent. | No. 2:23-cv-01087-KJM-EFB<br><br>ORDER |

Petitioner Brent Eugene Bailey filed his petition for a writ of habeas corpus in this matter in June 2023 and paid the filing fee. The Magistrate Judge later issued findings and recommendations that this matter be dismissed without prejudice, and the court adopted that recommendation. *See* F&Rs, ECF No. 7, *adopted*, ECF No. 10. Petitioner then filed a notice of appeal, ECF No. 12, and a motion in this court seeking authorization to proceed in forma pauperis on appeal, ECF No. at 13, as required by Federal Rule of Appellate Procedure 24(a)(1). According to his affidavit, he has no assets, and his income is composed of gifts of about $200 per month.

Petitioner's application to proceed in forma pauperis meets the requirements of 28 U.S.C. § 1915(a) by showing "he cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). An individual need not be

1  "absolutely destitute" to qualify for in forma pauperis status.  *Adkins v. E.I. Du Pont De Nemours*
2  *& Co., Inc.*, 335 U.S. 331, 339 (1948).
3      The application (ECF No. 13) is **granted**.
4      IT IS SO ORDERED.
5  DATED:  October 23, 2024.

_____
UNITED STATES DISTRICT JUDGE