UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANT EUGENE BAILEY, | No. 2:23-cv-01087-KJM-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| WARDEN, FCI HERLONG, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed a notice of appeal of this court's August 26, 2024 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

For the reasons set forth in the magistrate judge's April 24, 2024 order and June 17, 2024 findings and recommendations and the court's August 26, 2024 order, petitioner has not made a substantial showing of the denial of a constitutional right.

////

1

Accordingly, it is hereby RECOMMENDED that that the court decline to grant a certificate of appealability in this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 20, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE