UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT EUGENE BAILEY, | No. 2:23-cv-01087-KJM-EFB (HC) |
| Petitioner, | |
| v. | <u>ORDER</u> |
| WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 20, 2024, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.[1]

/////

/////

---

[1] Plaintiff has not kept the court informed of a current address. A party appearing without counsel must keep the court and all parties apprised of his current address. E.D. Local Rule 183(b).

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2 court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the
3 findings and recommendations to be supported by the record and by proper analysis.
4    Accordingly, IT IS HEREBY ORDERED that:
5    1. The findings and recommendations (ECF No. 20) are adopted in full; and
6    2. The court declines to issue a certificate of appealability.
7 DATED: March 24, 2025.

_____
UNITED STATES DISTRICT JUDGE

2